# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| AMANDA JOY MCNAMARA, | Case No. 22-CV-47 (NEB/DJF) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| ALBERT KUEHNE, | |
| Defendant. | |

The Court has received the February 6, 2023 Report and Recommendation of United States Magistrate Judge Dulce J. Foster. (ECF No. 80.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 80) is ACCEPTED; and

2. McNamara's Motion to Amend her Complaint to Include a Claim for Punitive Damages and to Redact Claims Dismissed by the Court and by Stipulation Between Counsel for Plaintiff McNamara and Defendant Kuehne (ECF No. 72) is GRANTED.

Dated: February 23, 2023

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge