**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Amanda Joy McNamara,

Plaintiff,

v.

Albert Kuehne, State of Minnesota, and the Minnesota Department of Public Safety,

Defendants.

Civil Case No: 22-cv-00047 (NEB/DF)

**STIPULATION OF DISMISSAL**

---

Pursuant to Fed. R. Civ. P. 58(d) and the undersigned counsels' representation that the parties have stipulated that this matter may be dismissed with prejudice and without the award of costs and disbursements to either party, the Clerk should enter a judgment of dismissal.

Respectfully submitted,

Dated: February 14, 2024

/s/Mark J. Kallenbach

Mark J. Kallenbach, Esq. (146468)
2260 Ridge Drive, No. 13
Minneapolis, MN 55416
Telephone.: (612) 250-2240
E-mail: markkallenbach@comcast.net

Walsh Law

Dated: February 14, 2024

/s/Ronald J. Walsh

Ronald J. Walsh
13570 Grove Drive, Suite 172
Maple Grove, MN 55311
952-756-7872
E-mail: ron@walshlawmn.com